IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCIENCE FITNESS, LLC, ) | |
| ) Chapter 7 No. 14-12297-SDB | |
| Debtor, ) | |
| ) | |
| _____ ) | |
| EVANS PLAZA PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) Adversary Proceeding No. 16-01035-SDB | |
| ) | |
| JOY WEBSTER, CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| EVANS FITNESS CLUB EXPRESS, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND REMAINING DEADLINES**

COMES NOW the Plaintiff Evans Plaza Partners, LLC, and files this motion for Extension of Deadline for Dispositive Motions and Remaining Deadlines in Adversary Proceeding No. 16-01035-SDB. As grounds therefore, Plaintiff shows the following:

1.

According to the Court's Order of February 16, 2017, discovery in Adversary Proceeding No. 16-01034-SDB closed on April 7, 2017. [Doc. no. 41]

2.

According to the Court's Order of February 16, 2017, discovery in Adversary Proceeding No. 16-01035-SDB is set to close on June 20, 2017. [Doc. no. 41]

3.

The deadline to file Dispositive Motions in both Adversary Proceeding No. 16-01034-SDB and Adversary Proceeding No. 16-01035-SDB is May 8, 2017.

4.

Plaintiff requests an extension on the grounds that discovery in Adversary Proceeding No. 16-01035-SDB is still open and the parties are still actively conducting discovery in the matter. Depositions were taken on April 12, 2017, and discovery is being actively pursued by the parties involved.

5.

The scheduled deposition of Bill Smith was suspended as information was discovered during his deposition that may present a conflict in the case that had to be investigated.

6.

Pursuant to that investigation, the Plaintiff also requests an extension on the grounds that the parties have discovered a potential conflict and Aimee Pickett Sanders will be filing a Motion to Withdraw as counsel when Evans Plaza Partners, LLC has successfully obtained new counsel.

7.

This attorney seeks withdrawal on the grounds that a conflict has been discovered during the discovery process that may require her to take a position adverse to a current client, in her pursuit of the claims of Evans Plaza Partners, LLC.

WHEREFORE, the Plaintiff respectfully asks this Court to enter an Order as aforesaid, that the parties involved in Adversary Proceeding No. 16-01035-SDB have until and including July 20, 2017 to file dispositive motions, with all remaining deadlines to be extended accordingly. A proposed Order is attached for the Court's consideration.

This 8th day of May, 2017.

/s/ Aimee Pickett Sanders
Aimee Pickett Sanders
Georgia Bar No.147022
Attorney for Evans Plaza Partners, LLC
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within and foregoing **MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND REMAINING DEADLINES** upon the following by depositing a copy of the same in the United States Mail, addressed as indicated, with adequate postage attached or by electronic mail.

| | |
|---|---|
| Mr. John P. Claeys<br>CLAEYS, MCELROY-MAGRUDER<br>512 Telfair Street<br>Augusta, Georgia 30901 | Mr. Robert M. Matson<br>& Ms. Joy R. Webster (Trustee)<br>AKIN, WEBSTER & MATSON, P.C.<br>Post Office Box 1773<br>Macon, Georgia 31202 |
| Ms. Amanda Bellotti<br>CAPERS, DUNBAR, SANDERS & BELLOTTI<br>2604 Commons Boulevard<br>Augusta, Georgia 30909 | Mr. Todd M. Boudreaux<br>BOUDREAUX LAW FIRM<br>493 Furys Ferry Road<br>Augusta, Georgia 30907 |

This 8th day of May 2017.

/s/ Aimee Pickett Sanders
Aimee Pickett Sanders
Georgia Bar No.147022
Attorney for Evans Plaza Partners, LLC

Of Counsel:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
asanders@hullbarrett.com