IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCIENCE FITNESS, LLC, ) | |
| ) Chapter 7 No. 14-12297-SDB | |
| Debtor, ) | |
| ) | |
| _____) | |
| EVANS PLAZA PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) Adversary Proceeding No. 16-01035-SDB | |
| ) | |
| JOY WEBSTER, CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| EVANS FITNESS CLUB EXPRESS, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS
AND REMAINING DEADLINES**

Presently pending before the Court is the Plaintiff's Motion to Extend Deadline for

Dispositive Motions, and the deadlines are extended as follows for all parties in Adversary Proceeding No. 16-01035-SDB:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE | July 20, 2017 |

It is ORDERED that all other provisions of the February 16, 2017 Scheduling Order (Doc. No. 41) in Adversary Proceeding No. 16-01035-SDB not revised herein shall remain in full force and effect for Adversary Proceeding No. 16-01035-SDB.

<u>END OF DOCUMENT</u>

Order Prepared By:

Aimee Pickett Sanders
Georgia Bar No.147022
Attorney for Evans Plaza Partners, LLC
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
asanders@hullbarrett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within and foregoing **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND REMAINING DEADLINES** upon the following by depositing a copy of the same in the United States Mail, addressed as indicated, with adequate postage attached or by electronic mail.

| | |
|---|---|
| Mr. John P. Claeys<br>CLAEYS, MCELROY-MAGRUDER<br>512 Telfair Street<br>Augusta, Georgia 30901 | Mr. Robert M. Matson<br>& Ms. Joy R. Webster (Trustee)<br>AKIN, WEBSTER & MATSON, P.C.<br>Post Office Box 1773<br>Macon, Georgia 31202 |
| Ms. Amanda Bellotti<br>CAPERS, DUNBAR, SANDERS & BELLOTTI<br>2604 Commons Boulevard<br>Augusta, Georgia 30909 | Mr. Todd M. Boudreaux<br>BOUDREAUX LAW FIRM<br>493 Furys Ferry Road<br>Augusta, Georgia 30907 |

This 8th day of May 2017.

                                          /s/ Aimee Pickett Sanders
                                        Aimee Pickett Sanders
                                        Georgia Bar No.147022
                                        Attorney for Evans Plaza Partners, LLC

Of Counsel:

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
asanders@hullbarrett.com