**IT IS ORDERED as set forth below:**



Date: June 29, 2017

_____
Susan D. Barrett
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCIENCE FITNESS, LLC, ) | |
| ) | Chapter 7 No. 14-12297-SDB |
| Debtor, ) | |
| ) | |
| _____) | |
| EVANS PLAZA PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 16-01035-SDB |
| ) | |
| JOY WEBSTER, CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| EVANS FITNESS CLUB EXPRESS, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS
AND REMAINING DEADLINES**

Presently pending before the Court is the Plaintiff's Motion to Extend Deadline for Dispositive Motions, and the deadlines are extended as follows for all parties in Adversary

Proceeding No. 16-01035-SDB:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS<br>EXCLUDING MOTIONS IN LIMINE | July 20, 2017 |

It is ORDERED that all other provisions of the February 16, 2017 Scheduling Order (Doc. No. 41) in Adversary Proceeding No. 16-01035-SDB  not revised herein shall remain in full force and effect for Adversary Proceeding No. 16-01035-SDB.

**[END OF DOCUMENT]**

Order Prepared By:

s/Aimee Pickett Sanders
Georgia Bar No.147022
Attorney for Evans Plaza Partners, LLC
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
asanders@hullbarrett.com