IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SCIENCE FITNESS, LLC, | ) |
| | ) Chapter 7 No. 14-12297-SDB |
| Debtor, | ) |
| | ) |
| _____ | ) |

## OBJECTION TO MOTION TO APPROVE COMPROMISE OR SETTLEMENT AND REQUEST FOR HEARING

COMES NOW EVANS PLAZA PARTNERS, LLC ("Evans Plaza"), a creditor in this case and Plaintiff in Adversary Proceeding No. 16-1035 and objects to the compromise or settlement to the extent that such a settlement and dismissal of Trustee's claims against Evans Fitness Club Express, LLC ("Express") could prejudice Evans Plaza's claims against Express. Evans Plaza's claims against Express arise under or otherwise are related to Express' breach of the Asset Purchase Agreement ("APA") between Express and Trustee. Evans Plaza objects to the Trustee settling its claims against Express to the extent that it could harm, diminish, moot, or otherwise prejudice its claims against Express.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Plaintiff
nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 12th day of June, 2018.    /s/ Nathan E. Huff
Nathan E. Huff