# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Science Fitness, LLC
Chapter 7  Case No. 14–12297–SDB
    *Debtor(s)*

Evans Plaza Partners, LLC
    *Plaintiff(s)*

vs.

Joy Webster, Chapter 7 Trustee
Evans Fitness Club Express, LLC
    *Defendant(s)*

Adversary Proceeding
No. 16–01035–SDB

## **ORDER**

     Notice was issued on October 15, 2018, advising parties that they have 30 days to take possession of exhibits filed in the captioned case.

     No response having been filed in opposition, the clerk is authorized to destroy or otherwise dispose of any exhibits which the filing party failed to claim in accordance with the notice of October 15, 2018.

*[END OF DOCUMENT]*

B–85e [Rev. 10/14] AKG