**IT IS ORDERED as set forth below:**



Date: March 31, 2020

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number <u>14-12297</u> |
| SCIENCE FITNESS, LLC, | ) | |
| | ) | |
|     Debtor | ) | |
| | ) | |
| EVANS PLAZA PARTNERS, LLC, | ) | Adversary Proceeding |
| | ) | Number <u>16-01035</u> |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVANS FITNESS CLUB EXPRESS, LLC | ) | |
| | ) | |
|     Defendant | ) | |

<u>**ORDER AND JUDGMENT**</u>

After holding a trial on damages, the Court entered the Order and Opinion in <u>Evans Plaza Partners, LLC v. Evans Fitness Club Express, LLC</u>, Adversary No. 16-0135 (Bankr. S.D. Ga. 2016), awarding Defendant 41 mirrors at the price of $70.00/mirror for a total

amount of $2,870.00.

IT IS THEREFORE ORDERED THAT:

Judgment in the sum of Two Thousand Eight Hundred and Seventy and 00/100 ($2,870.00) Dollars together with interest at the rate of 0.17% per annum until paid in full in favor of Defendant, Evans Fitness Club Express, LLC be entered against Plaintiff, Evans Plaza Partners, LLC.

**[END OF DOCUMENT]**